

August 17, 2022

Judge Susan Mollway.
Federal Court- Judge Mollway
300 Ala Moana Blvd.
Honolulu, HI 96850
Regarding: U.S. v Farr

Dear Judge Mollway:

I am Darryl Keane the Discipleship and Counseling Pastor at One Love Ministries. Jonathan came to me for counseling about five years ago struggling with a variety of issues including family dynamics, personal struggles, coping mechanisms and desiring to change. During this period of individual counseling he also joined Celebrate Recovery, a 12 Step faith based Recovery program that meets once a week dealing with hurts, hang ups and habits.

Jonathan was receptive to receiving counsel, interacting with the 12 Step teaching and interactive with small group discussions. but he struggled with consistency and getting an accountability partner. He was personable, engaging, and showed a genuine concern for the other men in the group, but lacked follow- through. He eventually stopped coming to counseling and the program.

About a year and half ago Jonathan came back to the group with a new sense of commitment. He said, he wanted to make a dramatic change in his life and go "All In" with participating in Celebrate Recovery. Since then he has been consistent, vulnerable, and a part of the program team. He volunteered to help with media, set up and take down and a variety of other tasks for our meetings.

EXHIBIT "B"

One Love Ministries | 670 Auahi Street, unit A-5 | Honolulu, HI 96813 | Ph: 808-955-9335 | www.onelove.org

The most important changes he has made involves his connection with accountability partners and a sponsor. He has shown an impressive change in engaging with others and following through with contacting them outside of the weekly meeting to encourage and support.

Jonathan has made these changes not only in the program, but also in the wider church. He began meeting with another pastor on a weekly basis and serves in a variety of ministries helping with whatever needs to be done.

I'm very impressed with the changes Jonathan has made in his personal and social life, as well as his care and concern for others. This new willingness to come alongside others and help them deal with their struggles is the heart of Celebrate Recovery and the Church. He has recently contacted me from prison asking for Celebrate Recovery resources to help those there. He is committed to helping others wherever he is to make the radical changes he has made.

Thank you, Your Honor, for taking these thoughts into consideration as you deliberate on the appropriate sentence. I and others at Church and in Celebrate Recovery are ready to support Jonathan in the future as required.

Yours truly,

*Darryl F. Keane*

Darryl F. Keane
Pastor of Discipleship and Counseling
One Love Ministries
670 Auahi Street, Suite A-5
Honolulu, HI 96813
808 349-2608

Jared Mason
Youth Director
One Love Ministries

8/2/2022

The Honorable Judge Susan Mollway
Federal Court-Judge Mollway
300 Ala Moana Blvd.
Honolulu, HI 96850
Regarding: U.S. v Farr

Dear Judge Mollway:

I am the Youth Director at One Love Church and also the Musical Director for special events.
I have known Jonathon Farr for a little over a year, having met him at church. He is a regular attendee at Saturday evening service, participates vibrantly in worship and prayer, and also has been a part of our church choir and artistic special events.

I would consider myself a mentor to Jonathon and his girlfriend, Shania.  Over the time I have known him, I have witnessed transformation of Jonathon in his walk with the Lord.  He has a deep desire to know his creator, to live as a loving member of society and to be a faithful servant. He is making changes in his life to reflect that growing relationship.  Several times we have prayed together specifically about his family and friends and how he can help them and show the love of God to them. He holds a steady job and works hard at all he does. I know that he has also met with other pastors at the church to help mentor him as well.

Jonathon is a regular attendee of the Christ-centered Celebrate Recovery Program that meets weekly at our church on Wednesday evenings. He is dedicated to live in freedom from any addictions and is aware that support is necessary and helpful in living in victory.

Jonathon is also very creative and when a part of our creative events, Jonathon was always professional; showing up on time, followed instruction, worked well with others and was overall a joy to work with. When working with the youth, he was helpful, kind and trustworthy. We never had any concern about his intentions as he was always honorable in his behavior.

Overall, Jonathon has revealed to me nothing but a positive attitude, a love for God and for others, helpfulness, sound character, and a dedication to constantly improve himself as a human being. He has been a loving boyfriend to Shania, a caring family member, a servant helper at church, a follower of Jesus, and a positive member of society.

Thank you for taking the time to read this letter. I pray that as you reflect on Jonathon's prior actions for his sentencing, that you can also take into consideration the changes he has made in his life and the work he has done to become a man filled  with integrity, humility and sound character.

Respectfully,

Jared Mason

August 17, 2022

Judge Susan Mollway
Federal Court-Judge Mollway
300 Ala Moana Blvd
Honolulu, Hawaii 96850
Regarding: U.S. vs Farr

    Jonathan is my nephew, my sister's son but I have not known him all his life.  Jonathan came to Hawaii at 14 when his family moved here from Georgia.  He was a charming, animated, and enthusiastic kid always full of ideas and new plans.  He was active in the Kailua High School marching band and was going to Japan in his Senior year until the tsunami in 2012 canceled the trip.  After high school he worked in a series of jobs but nothing long term.  His family felt that maybe his ADD compromised his ability to focus on tasks on hand.

    In the past few years, I've seen Jonathan grow from a self-involved, no cares in the world kind of attitude young 20-something into a mature, thoughtful, nurturing, caring man right before my eyes.   The change was astounding and delightful.   The change was visible.   Jonathan grew up.

    While at lunch with me one day, he was talking to a friend who was feeling a little down and weepy.  He gave her comfort and encouragement, and it made her feel better and stronger about herself.  He also has a way of talking to his younger brother to calm him down when his brother is upset or agitated.

    His growth, I'm sure is the result of his strong commitment to his faith.  He has always been active in his church but deeper involvement with his Bible counseling groups gave him a new purpose and commitment.   He attends a Christian centered program called Celebrate Recovery.  This group helps people struggling with different personal issues and addiction by giving them the support and resources to face their accountability and rebuild their lives. With this program Jonathan has grown so much and became more centered. He is attending a Bible study group in prison and hopes soon to be able to help start a Celebrate Recovery program there.

    Jonathan is not the same person he was a few years ago.  He understands now what he did was wrong, but I truly believe he did not understand the implications of what he did before now.   All that said, he is my nephew, I love him and will stand by him.

                                                 Sincerely,

                                               Kathleen Matsumura